# United States Bankruptcy Court

DISTRICT OF KANSAS

In Re:                                                             Case No.  1821577
TRAVIS W BURTON

HEATHER M BURTON

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PRA Receivables Management, LLC., as agent of | |
| Portfolio Recovery Associates, LLC | OneMain |
| ------------------------------------------ | ------------------------------------------ |
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 2 |
| Portfolio Recovery Associates, LLC | Amount of Claim: $2,809.99 |
| POB 41067 | Date Claim Filed: 08/08/2018 |
| Norfolk, VA 23541 | |

| Phone: (877)829-8298 | Phone: |
| Last Four Digits of Acct # :  2860 | Last Four Digits of Acct #: 2860 |

| Name and Address where transferee payments | Seller Information |
| Should be sent (if different from above) | ONEMAIN CONSUMER LOAN, INC. F/K/A |
| Portfolio Recovery Associates, LLC | SPRINGLEAF CONSUMER LOAN, INC. |
| POB 12914 | 601 NW Second Street |
| Norfolk, VA 23541 | Evansville IN 47708 |

Phone: (877)829-8298
Last Four Digits of Acct # : 2860

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ LaTashia Harrison                                          Date: 4/4/2019
    --------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT A

## ASSIGNMENT AND BILL OF SALE

OneMain Consumer Loan, Inc. f/k/a Springleaf Consumer Loan, Inc. ("Seller") has entered into that certain Account Purchase and Sale Agreement dated July 17, 2018 ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Seller hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Seller rights, title, and interest in and to the Accounts owned by such Seller and identified on the Sale File delivered by the Seller to Buyer in electronic file form in conjunction herewith and titled ██████████████████

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 14th day of March, 2019.

Sellers: OneMain Consumer Loan, Inc. f/k/a Springleaf Consumer Loan, Inc.

By: _____

Printed Name: J. Scott Bailer
Title: Vice President, Sr. Managing Director

**This form is intentionally blank.**

**The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).**

**Refer to the BNC Certificate of Notice entry to view the actual form.**