# United States Bankruptcy Court

District of Kansas
Case No. 18-21577
Chapter 13

In re: Debtor(s) (including Name and Address)

Travis W Burton
638 Parma Way
Gardner KS 66030

Heather M Burton
638 Parma Way
Gardner KS 66030

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/08/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: OneMain, PO Box 3251, Evansville, IN 47731

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/10/19

David D. Zimmerman
**CLERK OF THE COURT**

```
                    United States Bankruptcy Court
                         District of Kansas
In re:                                                   Case No. 18-21577-DLS
Travis W Burton                                          Chapter 13
Heather M Burton
        Debtors                CERTIFICATE OF NOTICE
```

District/off: 1083-2        User: cindy         Page 1 of 1          Date Rcvd: Apr 08, 2019
                            Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9047772        +E-mail/PDF: cbp@onemainfinancial.com Apr 08 2019 21:54:25     OneMain,   PO Box 3251,
                Evansville, IN 47731-3251
                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
            Karen  Nations   on behalf of Creditor   Ameri Best LLC dba Ameribest Payday Loans
             karen@nationslaw.us
            Mandy  Youngblood   on behalf of Creditor    Americredit Financial Services, Inc.
             csbk@gmfinancial.com
            U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
            Valerie L Smith   on behalf of Creditor  PRA Receivables Management, LLC claims@recoverycorp.com
            Wendee  Elliott-Clement   on behalf of Creditor   JPMorgan Chase Bank, National Association
             ksbkecf@southlaw.com,  ksbkecf@ecf.courtdrive.com
            William H Griffin   inquiries@13trusteekc.com
            William P. Turner   on behalf of Debtor Travis W Burton bankruptcy@wagonergroup.com,
             turner@wagonergroup.com;turnerwr52985@notify.bestcase.com
            William P. Turner   on behalf of Joint Debtor Heather M Burton bankruptcy@wagonergroup.com,
             turner@wagonergroup.com;turnerwr52985@notify.bestcase.com
            William Scott Walberg   on behalf of Creditor   Nebraska Furniture Mart wwalberg@emlawkc.com,
             jeff@emlawkc.com
                                                                                TOTAL: 9
```