B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Kansas

In re  TRAVIS W BURTON and HEATHER M BURTON  ,                  Case No.  2-18-BK-21577

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: LVNV Funding LLC
    PO Box 10587
    Greenville SC 29603-0587

Court Claim # (if known): _____11_____
Amount of Claim: _____1,197.73_____
Date Claim Filed: _____9/21/2018_____

Phone: __(877) 264-5884__
Last Four Digits of Acct #: _____8509_____

Phone: __(877) 295-2080__
Last Four Digits of Acct. #: ____8509____

Name and Address where transferee payments should be sent (if different from above):
    Resurgent Capital Services
    PO Box 10587
    Greenville, SC  29603-0587

Phone: __(877) 264-5884__
Last Four Digits of Acct #:_____8509_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ LeoAnn Shannon_____                  Date:__11/6/2019_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

This form is intentionally blank.

The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).

Refer to the BNC Certificate of Notice entry to view the actual form.