# United States Bankruptcy Court

District of Kansas
Case No. 18-21577
Chapter 13

In re: Debtor(s) (including Name and Address)

Travis W Burton
638 Parma Way
Gardner KS 66030

Heather M Burton
638 Parma Way
Gardner KS 66030

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/09/2020.

Name and Address of Alleged Transferor(s):

Claim No. 17: Chase Records Center, Attn Correspondence Mail, Mail Code LA4 5555, 700 Kansas Lane, Monroe LA 71203

Name and Address of Transferee:

WILMINGTON SAVINGS CARRINGTON MTS SERV
1600 S. DOUGLASS RD
ANAHEIM, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/11/20

David D. Zimmerman
**CLERK OF THE COURT**

```
United States Bankruptcy Court
District of Kansas
```

In re:                                                          Case No. 18-21577-DLS
Travis W Burton                                                 Chapter 13
Heather M Burton
     Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-2       User: judy       Page 1 of 1       Date Rcvd: Apr 09, 2020
                  Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
9082966      +Chase Records Center,   Attn Correspondence Mail,   Mail Code LA4 5555,   700 Kansas Lane,
           Monroe LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
        Karen Nations  on behalf of Creditor  Ameri Best LLC dba Ameribest Payday Loans
         karen@nationslaw.us
        Kennessa C Hartin  on behalf of Creditor  JPMorgan Chase Bank, National Association
         kennessa.c.hartin@chase.com
        Mandy Youngblood  on behalf of Creditor  Americredit Financial Services, Inc.
         csbk@gmfinancial.com
        Ryan A Blay  on behalf of Joint Debtor Heather M Burton blay@wagonergroup.com,
         bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com
        Ryan A Blay  on behalf of Debtor Travis W Burton blay@wagonergroup.com,
         bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com
        U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
        Valerie L Smith  on behalf of Creditor  PRA Receivables Management, LLC claims@recoverycorp.com
        Wendee Elliott-Clement  on behalf of Creditor  JPMorgan Chase Bank, National Association
         ksbkecf@southlaw.com,  ksbkecf@ecf.courtdrive.com
        William H Griffin   inquiries@13trusteekc.com
        William Scott Walberg  on behalf of Creditor  Nebraska Furniture Mart wwalberg@emlawkc.com,
         jeff@emlawkc.com
                                          TOTAL: 10