**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

IN RE: Travis Burton               )
      Heather Burton             )      Case No.:  18-21577
                                     )
               Debtor(s)     )

## MOTION FOR POST-CONFIRMATION FEES

Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

____X_____   Amendments to Schedules - $200
                       Date Amendments filed 6/17/2020

The services indicated above having been completed, additional compensation is hereby requested in the amount of $200.00, and expenses in the amount of $0.00.

**I hereby certify that the services referenced in this motion were actually provided after the original confirmation (10/15/2018) of the plan in this case.**

7/3/2020

                                  Respectfully submitted,
                                  W M Law

                                  s/ Ryan A Blay
                                  Ryan A Blay, KS #28110
                                  15095 W 116th St.
                                  Olathe, KS 66062
                                  (913) 422-0909 / (913) 428-8549
                                  Blay@wagonergroup.com
                                  ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S COUNSEL'S MOTION FOR POST-CONFIRMATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before July 24, 2020 the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101, on August 14, 2020 at 9:30 a.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2020, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Travis and Heather Burton         Served via US Mail
638 Parma Way
Gardner, KS 66030

William H. Griffin         Served via US Mail

5115 Roe Ave. Ste 200

Roeland Park, KS 66205


Attorney for the United States Trustee         Served via US Mail

301 North Main, Suite 1150

Wichita, KS 67202


s/ Ryan A Blay
ATTORNEY FOR DEBTORS

Label Matrix for local noticing
1083-2
Case 18-21577
District of Kansas
Kansas City
Wed Jun 17 13:04:33 CDT 2020

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Ameri Best LLC dba Ameribest Payday Loans
c/o Karen Nations
PO Box 13063
overland park, KS 66282-3063

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

Nebraska Furniture Mart
PO BOX 3000
Omaha, NE 68103-3030

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Kansas City Divisional Office
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101-2448

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

Ameri Best LLC dba Ameribest Payday Loans
co Karen Nations
PO Box 13063
Overland Park, KS 66282-3063

Ameribest Payday Loans
12705 S Mur Len Rd
Olathe KS 66062-1236

Arvest Bank
11150 Pflumm Rd
Lenexa KS 66215-4810

CAPITAL ONE BANK USA
10700 Capital One Way
Glen Allen VA 23060-9243

CAPITAL ONE Justice
PO Box 30253
Salt Lake City UT 84130-0253

CAPITAL ONE/MAURICES
PO BOX 30253
Salt Lake City UT 84130-0253

COMENITY BANK/GORDMANS
PO BOX 182789
Columbus OH 43218-2789

COMENITY CAPTIAL/PETLND
PO BOX 182120
Columbus OH 43218-2120

COMENITYCAPITALBANK/OVER
COMENITYCAPITALBANK/OVER #7788
Columbus OH 43218

CREDIT ONE BANK
PO BOX 98872
Las Vegas NV 89193-8872

Capital One Bank USA NA
PO Box 71083
Charlotte NC  282721083

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604-2863

Cashnet USA
175 West Jackson
Suite 1000
Chicago IL 60604-2863

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Checksmart
5258 Independence Ave
Kansas City MO 64124

Comenity Bank/VCTRSSEC
PO Box 182789
Columbus OH 43218-2789

GM Financial
PO Box 78143
Phoenix AZ 85062-8143

Internal Revenue Service
Insolvency Remittance
Post Office Box 7317
Philadelphia PA 19101-7317

JARED JEWELERS
CEO JARED HECHT
Akron OH 44333-4601

Johneva Miller
PO Box 382
Scottsville TX 75688-0382

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nebraska Furniture Mart
Registered Agent
Randall Denniston
808 S 74th Plaza
Omaha NE 68114

ONEMAIN
PO BOX 1010
Evansville IN 47706-1010

OneMain
PO Box 3251
Evansville, IN 47731-3251

Plain Green LLC
93 Mack Road, Suite 600
Box Elder MT 59521

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

SYNCB/AMAZON PLCC
PO BOX 965015
Orlando FL 32896-5015

SYNCB/JC PENNEY
PO BOX 965007
Orlando FL 32896-5007

SYNCB/LOWES
PO BOX 965005
Orlando FL 32896-5005

SYNCB/OLD NAVY
PO BOX 965005
Orlando FL 32896-5005

SYNCB/WAL-MART
PO BOX 965024
Orlando FL 32896-5024

SYNCHRONY BANK
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Sprint
6220 Sprint Parkway
Lenexa KS 66211

Sunrise Credit Services
2174 Jackson Ave
Seaford NY 11783-2608

Syncb / Care Credit
POB 965036
Orlando FL 32896-5036

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

T & F S EMPLOYEES CU
3800 HWY 365
SUITE 127
Port Arthur TX 77642-7515

TD BANK USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

TD BANK USA/TARGET CREDI
NCD-0450PO BOX 1470
Minneapolis MN 55440-1470

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

WILMINGTON SAVINGS CARRINGTON MTS SERV
1600 S. DOUGLASS RD
ANAHEIM, CA 92806-5948

Carrington Wilmington savings
1600 S. Douglass Rd
Anaheim, CA 92806-5951

Heather M Burton
638 Parma Way
Gardner, KS 66030-1293

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

Travis W Burton
638 Parma Way
Gardner, KS 66030-1293

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services, Inc.
P.O Box 183853
Arlington, TX 76096

(d)Americredit Financial Services, Inc.
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

(d)Americredit Financial Services, Inc.
DBA GM Financial
P.O Box 183853
Arlington, TX 76096

Chase Home Mortgage
Customer Service
PO Box 24696
Columbus OH 43224-0696

(d)Chase Records Center
Attn Correspondence Mail
Mail Code LA4 5555
700 Kansas Lane
Monroe LA 71203

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

(d)Credit One Bank
PO Box 98872
Las Vegas NV 89193-8872

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(d)NEBRASKA FURNITURE MART
PO BOX 3000
OMAHA, NE 68103-3030

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    58
Bypassed recipients     5
Total                  63