**SO ORDERED.**

**SIGNED this 30th day of July, 2020.**



_____Dale L. Somers_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF KANSAS

In re:  Travis W Burton            )        Case No.  18-21577
        Heather M Burton           )
                                   )
            Debtors                )

### ORDER APPROVING DEBTORS' COUNSEL'S MOTION FOR POST-CONFIRMATION ATTORNEY FEES, DOCUMENT #54

Debtors' Counsel's Motion for Post-Confirmation Attorney Fees, Document #54, was filed on July 3, 2020.  Debtors' Counsel's Motion, having been noticed with an opportunity for hearing, with no objections filed and no hearing held, the Court finds that the Motion is granted.

It is therefore ORDERED that said motion be granted awarding $200.00 to WM Law to be paid through Debtors' Chapter 13 Plan

IT IS SO ORDERED

###

Respectfully Submitted,
WM Law

s/ Ryan A Blay
Ryan A Blay, KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
Blay@wagonergroup.com
ATTORNEY FOR DEBTORS

Approved by,

s/ W. H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311
Fax 913-432-7857