**SO ORDERED.**

**SIGNED this 30th day of July, 2020.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | Travis W Burton | ) | Case No. 18-21577 |
| | Heather M Burton | ) | |
| | | ) | |
| | Debtors | ) | |

## ORDER APPROVING DEBTORS' COUNSEL'S MOTION FOR POST-CONFIRMATION ATTORNEY FEES, DOCUMENT #54

Debtors' Counsel's Motion for Post-Confirmation Attorney Fees, Document #54, was filed on July 3, 2020. Debtors' Counsel's Motion, having been noticed with an opportunity for hearing, with no objections filed and no hearing held, the Court finds that the Motion is granted.

It is therefore ORDERED that said motion be granted awarding $200.00 to WM Law to be paid through Debtors' Chapter 13 Plan

IT IS SO ORDERED

### ###

Respectfully Submitted,
WM Law

s/ Ryan A Blay
Ryan A Blay, KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
Blay@wagonergroup.com
ATTORNEY FOR DEBTORS

Approved by,

s/ W. H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311
Fax 913-432-7857

```
                    United States Bankruptcy Court
                         District of Kansas

In re:                                              Case No. 18-21577-DLS
Travis W Burton                                     Chapter 13
Heather M Burton
        Debtors                 CERTIFICATE OF NOTICE

District/off: 1083-2        User: admin         Page 1 of 1        Date Rcvd: Jul 31, 2020
                            Form ID: pdf020     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db/jdb        +Travis W Burton,   Heather M Burton,   638 Parma Way,   Gardner, KS 66030-1293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
          Karen Nations   on behalf of Creditor   Ameri Best LLC dba Ameribest Payday Loans
           karen@nationslaw.us
          Kennessa C Hartin   on behalf of Creditor   JPMorgan Chase Bank, National Association
           kennessa.c.hartin@chase.com
          Mandy Youngblood   on behalf of Creditor   Americredit Financial Services, Inc.
           csbk@gmfinancial.com
          Ryan A Blay   on behalf of Joint Debtor Heather M Burton blay@wagonergroup.com,
           bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com
          Ryan A Blay   on behalf of Debtor Travis W Burton blay@wagonergroup.com,
           bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com
          U.S. Trustee   ustpregion20.wi.ecf@usdoj.gov
          Valerie L Smith   on behalf of Creditor   PRA Receivables Management, LLC claims@recoverycorp.com
          Wendee Elliott-Clement   on behalf of Creditor   JPMorgan Chase Bank, National Association
           ksbkecf@southlaw.com,  ksbkecf@ecf.courtdrive.com
          William H Griffin   inquiries@13trusteekc.com
          William Scott Walberg   on behalf of Creditor   Nebraska Furniture Mart wwalberg@emlawkc.com,
           jeff@emlawkc.com
                                                                TOTAL: 10