B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Kansas (Kansas City)

In re Travis Burton and Heather Burton     ,                    Case No. 18-21577

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Scolopax, LLC
        Name of Transferee

Name and Address where notices to transferee should be sent:
    Scolopax, LLC
    c/o Weinstein & Riley, P.S.
    2001 Western Ave, Ste 400
    Seattle, WA 98121
Phone: (877) 332-3543
Last Four Digits of Acct #: 6608

Name and Address where transferee payments should be sent (if different from above):
    Scolopax, LLC
    C O WEINSTEIN & RILEY, PS
    PO BOX 3978
    SEATTLE, WA 98124-3978
Phone: (877) 332-3543
Last Four Digits of Acct #: 6608

PlainGreenLLC
        Name of Transferor

Court Claim # (if known): 10
Amount of Claim: $668.93
Date Claim Filed: September 10, 2018

Phone:
Last Four Digits of Acct. #: 6608

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jordan Morrison, Supervisor                    Date: July 8, 2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE**

        I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on July 8, 2021:

Trustee via E-Filing
WILLIAM H GRIFFIN
inquiries@13trusteekc.com

Debtors' Counsel via E-Filing
RYAN A BLAY
blay@wagonergroup.com

U.S. Trustee via E-Filing
U.S. Trustee
ustpregion20.wi.ecf@usdoj.gov

/s/ Jordan Morrison, Supervisor
Jordan Morrison, Supervisor

EXHIBIT 2

## BILL OF SALE AND ASSIGNMENT

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, Direct Debt Management, LLC, a New York limited liability company ("Seller"), for value received and pursuant to the terms and conditions of the Forward Flow Purchase Agreement and Sale Agreement ("Agreement"), dated as of July 10th, 2020, between Seller and Scolopax, LLC, a Delaware limited liability company ("Buyer"), does hereby sell, assign, and convey to Buyer, its successors, and assigns, all right, title, and interest of each Seller in and to those "Accounts" (as described in the Agreement and in the electronic file named 620 – DD - TOC, dated July 15th, 2020 owned by Seller.

This Assignment is made without recourse or warranty except as otherwise provided in the Agreement.

Dated as of July 15th, 2020

DIRECT DEBT MANAGEMENT, LLC

By: _____

Name:   Jimmy Chebat
Title:   Managing Member

Case 18-21577   Doc# 76-1   Filed 07/08/21   Page 1 of 2

APPENDIX A

<u>BILL OF SALE AND ASSIGNMENT</u>

Assets which are the subject of the Bill of Sale and Assignment to which this Annex A is attached are as listed in the Excel files named the following:

The individual Accounts transferred are described in the final electronic files named

620 – DD - TOC

With respect to those Assets in the Excel files named in this Annex A, the Forward Flow Purchase and Sale Agreement dated as of July 10, 2020.

Case 18-21577    Doc# 76-1    Filed 07/08/21    Page 2 of 2

This form is intentionally blank.

The notice is scheduled to be processed by the Bankruptcy Noticing Center (BNC).

Refer to the BNC Certificate of Notice entry to view the actual form.