# United States Bankruptcy Court

District of Kansas
Case No. 18-21577
Chapter 13

In re: Debtor(s) (including Name and Address)

Travis W Burton
638 Parma Way
Gardner KS 66030

Heather M Burton
638 Parma Way
Gardner KS 66030

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/08/2021.

Name and Address of Alleged Transferor(s):

Claim No. 10: Plain Green LLC, 93 Mack Road, Suite 600, Box Elder MT 59521

Name and Address of Transferee:

SCOLOPAX, LLC
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/11/21

David D. Zimmerman
**CLERK OF THE COURT**

In re:
Travis W Burton
Heather M Burton

　Debtors

Case No. 18-21577-DLS
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 9043106 | Email/Text: bankruptcypgl@plaingreenloans.com | Jul 09 2021 20:05:00 | Plain Green LLC, 93 Mack Road, Suite 600, Box Elder MT 59521 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021 　　　　Signature: 　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen Nations | on behalf of Creditor Ameri Best LLC dba Ameribest Payday Loans karen@nationslaw.us |
| Kennessa C Hartin | on behalf of Creditor JPMorgan Chase Bank  National Association kennessa.c.hartin@chase.com |
| Mandy Youngblood | on behalf of Creditor Americredit Financial Services  Inc. csbk@gmfinancial.com |
| Ryan A Blay | on behalf of Joint Debtor Heather M Burton blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| Ryan A Blay | on behalf of Debtor Travis W Burton blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

Valerie L Smith

on behalf of Creditor PRA Receivables Management  LLC claims@recoverycorp.com

Wendee Elliott-Clement

on behalf of Creditor JPMorgan Chase Bank  National Association ksbkecf@southlaw.com, ksbkecf@ecf.courtdrive.com

William H Griffin

on behalf of Trustee William H Griffin inquiries@13trusteekc.com

William H Griffin

inquiries@13trusteekc.com

William Scott Walberg

on behalf of Creditor Nebraska Furniture Mart wwalberg@emlawkc.com  jeff@emlawkc.com


TOTAL: 11