**SO ORDERED.**

**SIGNED this 14th day of October, 2021.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:   Travis W Burton and Heather M Burton       )
                                                                                    )    Case No. 18-21577-13
                                          Debtors        )

## ORDER APPROVING DEBTORS' COUNSEL'S APPLICATION FOR COMPENSATION FEES, DOC. #86

**On August 26, 2021,** Debtors' Counsel filed **Doc. No. 86,** the Application for Compensation (the "Motion"). The Court finds that said Motion, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby awarding WM Law **$350.00** in post-confirmation compensation, which is to be paid through the Chapter 13 Plan.

**IT IS SO ORDERED.**

###

Respectfully Submitted,                                     Approved by,

WM Law                                                             s/ W. H. Griffin
s/ Ryan A. Blay                                                  Office of the Chapter 13 Trustee
Ryan A. Blay, KS #28110                                   William H. Griffin
15095 W. 116th St.                                              5115 Roe Ave, Ste 200
Olathe, KS 66062                                               Roeland Park, KS 66205-2393
Phone (913) 422-0909 / Fax (913) 428-8549       Phone 913-677-1311 / Fax 913-432-7857
blay@wagonergroup.com
ATTORNEY FOR DEBTORS