**SO ORDERED.**

**SIGNED this 14th day of October, 2021.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:  Travis W Burton and Heather M Burton    )

                                               )    Case No. 18-21577-13

                Debtors         )

### ORDER APPROVING DEBTORS' COUNSEL'S APPLICATION FOR COMPENSATION FEES, DOC. #86

On **August 26, 2021,** Debtors' Counsel filed **Doc. No. 86,** the Application for Compensation (the "Motion").  The Court finds that said Motion, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby awarding WM Law **$350.00** in post-confirmation compensation, which is to be paid through the Chapter 13 Plan.

**IT IS SO ORDERED.**

###

| Respectfully Submitted, | Approved by, |
|---|---|
| | |
| WM Law | s/ W. H. Griffin |
| s/ Ryan A. Blay | Office of the Chapter 13 Trustee |
| Ryan A. Blay, KS #28110 | William H. Griffin |
| 15095 W. 116th St. | 5115 Roe Ave, Ste 200 |
| Olathe, KS 66062 | Roeland Park, KS 66205-2393 |
| Phone (913) 422-0909 / Fax (913) 428-8549 | Phone 913-677-1311 / Fax 913-432-7857 |
| blay@wagonergroup.com | |
| ATTORNEY FOR DEBTORS | |

In re:                                                                                       Case No. 18-21577-DLS

Travis W Burton                                                                   Chapter 13

Heather M Burton

    Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-2                          User: admin                          Page 1 of 2

Date Rcvd: Oct 14, 2021                  Form ID: pdf020                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

**Recip ID                          Recipient Name and Address**
db/jdb                         +  Travis W Burton, Heather M Burton, 638 Parma Way, Gardner, KS 66030-1293

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:**

**Name                                Email Address**

Karen Nations
                              on behalf of Creditor Ameri Best LLC dba Ameribest Payday Loans karen@nationslaw.us

Kennessa C Hartin
                              on behalf of Creditor JPMorgan Chase Bank  National Association kennessa.c.hartin@chase.com

Mandy Youngblood
                              on behalf of Creditor Americredit Financial Services  Inc. csbk@gmfinancial.com

Ryan A Blay
                              on behalf of Joint Debtor Heather M Burton blay@wagonergroup.com
                              bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Ryan A Blay
                              on behalf of Debtor Travis W Burton blay@wagonergroup.com
                              bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

    ustpregion20.wi.ecf@usdoj.gov

Valerie L Smith

    on behalf of Creditor PRA Receivables Management  LLC claims@recoverycorp.com

Wendee Elliott-Clement

    on behalf of Creditor JPMorgan Chase Bank  National Association ksbkecf@southlaw.com, ksbkecf@ecf.courtdrive.com

William H Griffin

    inquiries@13trusteekc.com

William H Griffin

    on behalf of Trustee William H Griffin inquiries@13trusteekc.com

William Scott Walberg

    on behalf of Creditor Nebraska Furniture Mart wwalberg@emlawkc.com  jeff@emlawkc.com


TOTAL: 11

Case 18-21577   Doc# 104   Filed 10/16/21   Page 3 of 3