**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

IN RE: Travis Burton )
     Heather Burton )     Case No.: 18-21577
                                            )
                   Debtor(s) )

**MOTION FOR POST-CONFIRMATION FEES**

       Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

_____X_____ Motion for Order requesting substantive relief - $250
                         Date Motion filed 3/9/2022

       The services indicated above having been completed, additional compensation is hereby requested in the amount of $250.00, and expenses in the amount of $0.00.

       **I hereby certify that the services referenced in this motion were actually provided after the original confirmation (10/15/2018) of the plan in this case.**

4/22/2022

                                        Respectfully submitted,
                                        W M Law

                                        s/ Ryan A Blay
                                        Ryan A Blay, KS #28110
                                        15095 W 116th St.
                                        Olathe, KS 66062
                                        (913) 422-0909 / (913) 428-8549
                                        [Blay@wagonergroup.com](mailto:Blay@wagonergroup.com)
                                        ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S COUNSEL'S MOTION FOR POST-CONFIRMATION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before May 13, 2022 the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101, on June 17, 2022 at 9:30 a.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

| | |
|---|---|
| Travis and Heather Burton<br>638 Parma Way<br>Gardner, KS 66030 | Served via US Mail |
| William H. Griffin<br>5115 Roe Ave. Ste 200<br>Roeland Park, KS 66205 | Served via US Mail |
| Attorney for the United States Trustee<br>301 North Main, Suite 1150<br>Wichita, KS 67202 | Served via US Mail |

s/ Ryan A Blay
ATTORNEY FOR DEBTORS

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 18-21577<br>District of Kansas<br>Kansas City<br>Wed Jun 17 13:04:33 CDT 2020 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Ameri Best LLC dba Ameribest Payday Loans<br>c/o Karen Nations<br>PO Box 13063<br>overland park, KS 66282-3063 |
| LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Nebraska Furniture Mart<br>PO BOX 3000<br>Omaha, NE 68103-3030 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Financial<br>PO Box 380901<br>Bloomington MN 55438-0901 | Ameri Best LLC dba Ameribest Payday Loans<br>co Karen Nations<br>PO Box 13063<br>Overland Park, KS 66282-3063 | Ameribest Payday Loans<br>12705 S Mur Len Rd<br>Olathe KS 66062-1236 |
| Arvest Bank<br>11150 Pflumm Rd<br>Lenexa KS 66215-4810 | CAPITAL ONE BANK USA<br>10700 Capital One Way<br>Glen Allen VA 23060-9243 | CAPITAL ONE Justice<br>PO Box 30253<br>Salt Lake City UT 84130-0253 |
| CAPITAL ONE/MAURICES<br>PO BOX 30253<br>Salt Lake City UT 84130-0253 | COMENITY BANK/GORDMANS<br>PO BOX 182789<br>Columbus OH 43218-2789 | COMENITY CAPTIAL/PETLND<br>PO BOX 182120<br>Columbus OH 43218-2120 |
| COMENITYCAPITALBANK/OVER<br>COMENITYCAPITALBANK/OVER #7788<br>Columbus OH 43218 | CREDIT ONE BANK<br>PO BOX 98872<br>Las Vegas NV 89193-8872 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte NC  282721083 |
| CashNetUSA<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | Cashnet USA<br>175 West Jackson<br>Suite 1000<br>Chicago IL 60604-2863 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Checksmart<br>5258 Independence Ave<br>Kansas City MO 64124 | Comenity Bank/VCTRSSEC<br>PO Box 182789<br>Columbus OH 43218-2789 | GM Financial<br>PO Box 78143<br>Phoenix AZ 85062-8143 |
| Internal Revenue Service<br>Insolvency Remittance<br>Post Office Box 7317<br>Philadelphia PA 19101-7317 | JARED JEWELERS<br>CEO JARED HECHT<br>Akron OH 44333-4601 | Johneva Miller<br>PO Box 382<br>Scottsville TX 75688-0382 |

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

OneMain
PO Box 3251
Evansville, IN 47731-3251

Nebraska Furniture Mart
Registered Agent
Randall Denniston
808 S 74th Plaza
Omaha NE 68114

Plain Green LLC
93 Mack Road, Suite 600
Box Elder MT 59521

ONEMAIN
PO BOX 1010
Evansville IN 47706-1010

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

SYNCB/AMAZON PLCC
PO BOX 965015
Orlando FL 32896-5015

SYNCB/JC PENNEY
PO BOX 965007
Orlando FL 32896-5007

SYNCB/LOWES
PO BOX 965005
Orlando FL 32896-5005

SYNCB/OLD NAVY
PO BOX 965005
Orlando FL 32896-5005

SYNCB/WAL-MART
PO BOX 965024
Orlando FL 32896-5024

SYNCHRONY BANK
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Sprint
6220 Sprint Parkway
Lenexa KS 66211

Sunrise Credit Services
2174 Jackson Ave
Seaford NY 11783-2608

Syncb / Care Credit
POB 965036
Orlando FL 32896-5036

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

T & F S EMPLOYEES CU
3800 HWY 365
SUITE 127
Port Arthur TX 77642-7515

TD BANK USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

TD BANK USA/TARGET CREDI
NCD-0450PO BOX 1470
Minneapolis MN 55440-1470

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

WILMINGTON SAVINGS CARRINGTON MTS SERV
1600 S. DOUGLASS RD
ANAHEIM, CA 92806-5948

Carrington Wilmington savings
1600 S. Douglass Rd
Anaheim, CA 92806-5951

Heather M Burton
638 Parma Way
Gardner, KS 66030-1293

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

Travis W Burton
638 Parma Way
Gardner, KS 66030-1293

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services, Inc.
P.O Box 183853
Arlington, TX 76096

(d)Americredit Financial Services, Inc.
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

(d)Americredit Financial Services, Inc.
DBA GM Financial
P.O Box 183853
Arlington, TX 76096

Chase Home Mortgage
Customer Service
PO Box 24696
Columbus OH 43224-0696

(d)Chase Records Center
Attn Correspondence Mail
Mail Code LA4 5555
700 Kansas Lane
Monroe LA 71203

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association

(d)Credit One Bank
PO Box 98872
Las Vegas NV 89193-8872

(d)LVNV Funding LLC
PO Box 10587
Greenville, SC 29603-0587

(d)NEBRASKA FURNITURE MART
PO BOX 3000
OMAHA, NE 68103-3030

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    58
Bypassed recipients     5
Total                  63