# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE:**

Travis W Burton
Heather M Burton
                    Debtors                    Case No: 18-21577-13


## CHAPTER 13 TRUSTEE'S OBJECTION TO The case was dismissed 3/31/22. All funds should be returned to the Debtor.

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby moves the Court to deny the The case was dismissed 3/31/22. All funds should be returned to the Debtor. filed with the Court on April 22, 2022 and in support thereof states:


The case was dismissed 3/31/22. All funds should be returned to the Debtor.


WHEREFORE, the Trustee prays the Court enter an Order denying said The case was dismissed 3/31/22. All funds should be returned to the Debtor. for the reasons noted above.

Dated: May 09, 2022

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

Travis W Burton
Heather M Burton
638 Parma Way
Gardner, KS 66030