**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

In re:  TRAVIS W. BURTON        )    Case No. 18-21577
        HEATHER M. BURTON       )
                                )
                   Debtors    )

**WITHDRAWAL OF DOCUMENT #121 APPLICATION FOR COMPENSATION**

COME NOW Debtors, Travis and Heather Burton, by and through counsel, and request that they be permitted to withdraw the following document #121, Application for Compensation. Debtors case has been dismissed.

Dated: 06/01/2022                Respectfully submitted,
                                 WM Law

                                 s/ Ryan A. Blay
                                 Ryan A. Blay, KS#28110
                                 15095 W. 116th St.
                                 Olathe, KS 66062
                                 Phone (913) 422-0909
                                 Fax (913) 428-8549
                                 blay@wagonergroup.com
                                 ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

                                 s/ Ryan A. Blay